cember, 1915.) Action upon the submission dismissed, without costs, for want of jurisdiction. Held, the submission does not contain an agreed statement of facts, as contrary inferences may be drawn from the facts stated therein. See Marx v. Brogan, 188 N. Y. 431, 81 N. E. 231, 11 Ann. Cas. 145. All concur.

SENECA DISTRIBUTING COMPANY, appellant, v. Kathleen FULTON, etc., respondent, impleaded with others. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the finding that Fulton, in procuring his wife to execute the instrument in suit, acted as the agent of the plaintiff, is against the evidence, and that the finding that the wife did not understand the essential nature and effect of the instrument when she executed it is against the greater weight of the evidence. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

William SHALALA, appellant, v. HADDOCK MINING COMPANY, respondent. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied.

William SHALALA, appellant, v. HADDOCK MINING COMPANY and Plymouth Coal Company, respondents. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied.

William SHALALA, appellant, v. PLYMOUTH COAL COMPANY, respondent. (Appeal No. 3.) (Supreme Court, Appellate Division. Second Department. July 28, 1916.) Motion denied.

Frank SHERIDAN, respondent, v. Harry H. FRAZEE, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion.

Frank SHERIDAN, respondent, v. Harry H. FRAZEE, appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion denied.

Michael SHERIFF, Respondent, v. ÆTNA LIFE INSURANCE COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Appeal from Appellate Term, New York County. Action by Michael Sheriff against the Ætna Life Insurance Company. From a determination of the Appellate Term affirming a judgment of the Municipal Court, defendant appeals. Determination and judgment reversed, and complaint dismissed. See, also, 157 N. Y. Supp. 1145.

PER CURIAM. On the authority of Hook v. Mich. Mut. Life Ins. Co., 44 Misc. Rep. 478, 90 N. Y. Supp. 56, affirmed 139 App. Div. 922, 123 N. Y. Supp. 1121, the determination and judgment appealed from are reversed, and the complaint dismissed, with costs to the appellant in all courts. Order filed.

Beatrice C. SHIVERICK, appellant, v. Seymour W. BONSALL, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion for stay denied, with $10 costs. Jenks, P. J., not voting.

John SIKOROWSKY, Applt., v. BROOKLYN HEIGHTS R. CO., Respt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Isidor SILBERBERG and another, respondents, v. Sam WEMBER et al., appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion granted.

Milton M. SILVERMAN et al., as executors, etc., appellants, v. Eveline C. ALTHAUSE et al., respondents. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, without costs, and without prejudice to a determination of plaintiffs' rights, if any, on the trial of the action. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Franciszek SLIMOWICZ, as adm'r, Respt., v. PHILA. & READING R. CO., Applt. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Order affirmed, with $10 costs and disbursements, on the authority of Oravecz v. P. & R. Ry. Co., 171 App. Div. 941, 156 N. Y. Supp. 1137, with leave to appellant to appeal to the Court of Appeals. No opinion. Settle order on notice.

Loretta SMITH, as Adm'x, v. BELT LINE RY. CORP'N. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion denied, with $10 costs. Order filed.

Edwin C. SMITH and one, respts., v. Frederick A. BROTSCH, Jr., and Claribel B. Brotsch, impleaded, etc., applts. (two cases). (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Orders affirmed, with $10 costs and disbursements in each case. All concur.

Edwin C. SMITH and one, respts., v. PURE STRAINS FARM CO., impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Order affirmed, with $10 costs and disbursements. Held, appellant was guilty of such laches in not applying to be made a party until the case was on the day calendar and about to be tried as justified the conditions imposed by the order. All concur.